MOLLIE HELLER, Respondent, v. HUDSON TRANSIT CORPORATION, Appellant.— Order denying defendant's motion for a change of venue from the county of Bronx to the county of Orange, New York, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WOLF AVRACH, Respondent, v. GLENSHAW GLASS COMPANY, Appellant.— Order granting plaintiff's motion for examination of defendant before trial modified by providing that defendant, at its option, may have the testimony taken by open commission at Glenshaw, Pa., at its own expense, in lieu of the examination in this State, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS BRECHER, INC., Respondent, v. GERTLER ELECTRIC SUPPLY CORPORATION and Others, Appellants.— Order denying defendants' motion to compel plaintiff to separately state and number the causes of action in its amended complaint and to require defendant to make more definite and certain certain items in its amended complaint, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BARNET WITT, Appellant, v. THE MERCHANTS BANK, Respondent.— Order denying plaintiff's motion for examination of defendant before trial and for a discovery and inspection of defendant's books and records unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELIAS FREIDUS and Another, Respondents, v. ERCASA REALTY CORPORATION and Others, Defendants, Impleaded with JEAN PIERRE DI TARGIANI and Others, Appellants.— Order denying motion of defendants, appellants, for leave to serve an amended answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SONIA CHERNIACK for the Appointment of a Guardian ad Litem for JULLIS CHERNIACK, an Alleged Incompetent over the Age of Twenty-one. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant; SONIA CHERNIACK, Respondent.— Order denying motion of appellant to vacate order appointing petitioner guardian *ad litem* of an alleged incompetent, for the purpose of prosecuting an action in the Municipal Court against said appellant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

IRVING ZADEK, Respondent, v. CHARLES B. BRETZFELDER, as Trustee, Appellant, Impleaded with Others.— Order denying motion of defendant, appellant, for an order directing a separate trial of the issues as between the plaintiff and the trustees of Solomon Zadek, deceased, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.